# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00913-CR

**Victoria Nicole Saldivar, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### NO. D-17-0065-SB, THE HONORABLE BRAD GOODWIN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Victoria Nicole Saldivar has filed a motion to dismiss her appeal. The motion is signed by both appellant and her attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Appellant's Motion

Filed: January 23, 2020

Do Not Publish